JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>Defendant.<br><br>*****************<br>and Related Cross-Action(s), | Case No: CV12-4443 MWF(JCGx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# O R D E R

The parties having stipulated that this matter has been resolved in its entirety and each side to bear their own attorney's fees and costs, this matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 10/31/12

[signature]

HONORABLE MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT JUDGE